RECEIVED
IN MONROE, LA
JAN - 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30038-02 |
| VERSUS | * | JUDGE JAMES |
| ABDULLA MOHAMED MANA | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Abdulla Mohamed Mana, and adjudges him guilty of the offense charged in Count 17 of the indictment against him, the forfeiture allegations contained therein (all counts), and his obligation to provide restitution to the victims of all counts.

THUS DONE AND SIGNED this 7 day of January, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION